# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., ) | |
| ) | |
| Appellant, ) | Case No. 1:06-0060 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| ROBERT H. WALDSCHMIDT, TRUSTEE ) | |
| ) | |
| Appellee. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Bankruptcy Court's Order granting summary judgment to the appellee is **REVERSED**, and summary judgment is **GRANTED** in favor of the appellant. This case is **DISMISSED**.

It is so ordered.

Enter this 5th day of November 2007.

ALETA A. TRAUGER
United States District Judge